# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| COUNTRY INNS & SUITES BY<br>CARLSON, INC., | Civil No. 10-3743 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| SHREE-SHIVJI, NARENDRA PATEL,<br>AMEET PATEL, and JYOTSNA PATEL, | |
| Defendant. | |

_____

Craig Miller and Kirk Reilly, **GRAY PLANT MOOTY MOOTY & BENNETT, PA**, 80 South Eight Street, Suite 500, Minneapolis, MN 55127, for plaintiff.

Narendra Patel, Ameet Patel, and Jyotsna, 1300 North Ponce de Leon Boulevard, St. Augustine, FL 32084, pro se defendants.

This matter is before the Court on the stipulation of dismissal filed by the parties on November 1, 2010 [Docket No. 13].

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE** and on the merits as to Defendants Shree-Shivji, LLC, Narendra Patel, Ameet Patel and Jyotsna Patel, without an award of costs or disbursements to either Plaintiff Country Inns & Suites By Carlson, Inc., or Defendants Shree-Shivji, LLC, Narendra Patel, Ameet Patel and Jyotsna Patel.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 10, 2010
at Minneapolis, Minnesota.

                s/John R. Tunheim
                 JOHN R. TUNHEIM
               United States District Judge